IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN RODGERS,

        Plaintiff,                    No. CIV S-07-2269 WBS DAD P

     vs.

JAMES E. TILTON, et al.,

        Defendants.          <u>ORDER</u>

                               /

        Plaintiff has requested an extension of time to submit the necessary documents for service pursuant to the court's order of October 8, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's November 10, 2008 motion for an extension of time (Docket No. 10) is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to submit the necessary documents for service.

DATED: November 18, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
rodg2269.36usm