IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**KEVIN RODGERS,**

          Plaintiff,

   v.

**JAMES TILTON, et al.,**

          Defendants.

2:07-cv-2269 WBS DAD P

**ORDER**

    Defendants have filed a request for a twenty-one day extension of time to file a responsive pleading in this matter. Good cause appearing, IT IS HEREBY ORDERED that Defendants' request is granted. Defendants shall file a responsive pleading on or before March 6, 2009.

DATED: February 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rodg2269.36rp