IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEVIN RODGERS,**<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>**JAMES TILTON, et al.,**<br><br>　　　　　　Defendants. | 2:07-cv-2269 WBS DAD P<br><br>**ORDER** |

　　　Defendants have requested a five-day extension of time to file a responsive pleading in this matter. Good cause appearing, IT IS HEREBY ORDERED that Defendants' request is granted. Defendants shall file a responsive pleading on or before March 11, 2009.

DATED: March 6, 2009.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/rodg2269.36rp(2)