IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN RODGERS,

        Plaintiff,                  No. CIV S-07-2269 WBS DAD P

    vs.

JAMES TILTON, et al.,

        Defendants.            <u>ORDER</u>

                              /

        On March 10, 2009, defendants filed a motion to dismiss this action on the grounds that plaintiff has failed to exhaust administrative remedies and plaintiff's complaint fails to state a claim. On March 16, 2009, plaintiff filed a motion stay of these proceedings until he is released from a state mental hospital. He informs the court that he will likely be discharged in thirty days.

        Good cause appearing, the court will construe plaintiff's motion for a stay as a request for an extension of time to oppose defendants' motion to dismiss. The court will grant plaintiff thirty days to file an opposition to defendants' motion. In the event that plaintiff needs additional time, he should file a request with the court for more time.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 16, 2009 motion for a stay construed as a request for an extension of time (Doc. No. 24) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion to dismiss. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: March 20, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rodg2269.36opp