IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KEVIN RODGERS,** | 2:07-cv-2269 WBS DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES TILTON, et al.,** | |
| Defendants. | |

Defendants have filed a request for an extension of time to file a reply in support of their motion to dismiss. Good cause appearing, Defendants' request for an extension of time is granted. Defendants shall file a reply on or before April 3, 2009.

DATED: March 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rodg2269.36reply

1