IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN RODGERS,

      Plaintiff,                   No. CIV S-07-2269 WBS DAD P

   vs.

JAMES TILTON, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On March 25, 2009, Daniel Trebas, a self-proclaimed "jailhouse-lawyer" and "associate" of plaintiff, filed on plaintiff's behalf a motion for reconsideration of the magistrate judge's order filed March 6, 2009, denying appointment of counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 6, 2009, is affirmed.

DATED: April 7, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE