IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN RODGERS,

      Plaintiff,                    No. CIV S-07-2269 WBS DAD P

    vs.

JAMES TILTON, et al.,

      Defendants.            <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        On November 10, 2009, the court issued findings and recommendations, recommending that defendants' motion to dismiss be granted in part and denied in part. On November 16, 2009, plaintiff filed a motion to stay these proceedings. In his motion, plaintiff claims that his treating psychologist at California Men's Colony has referred him to Atascadero State Hospital for psychiatric care. Plaintiff further claims that Atascadero State Hospital does not have the resources necessary for him to prosecute the pending case while under care at that facility. Specifically, plaintiff notes that he has been relying on a fellow inmate at California Men's Colony to assist him with this matter, and he will not have access to him once he is transferred to Atascadero State Hospital.

1  In the interest of justice, the court will grant plaintiff an additional thirty days to file any objections to the court's findings and recommendations. However, the court will not stay this action. Plaintiff is cautioned that he must diligently proceed with the pending litigation, and if he is unable to do so, he may request that this action be voluntarily dismissed without prejudice and re-file his action at a later date. <u>See</u> Fed. R. Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's November 16, 2009 motion for a stay (Doc. No. 36) is denied; and

2. Plaintiff is granted thirty days from the date of service of this order in which to file objections to the court's November 10, 2009 findings and recommendations.

DATED: December 1, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rodg2269.msty

2