UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KEVIN RODGERS,

        Plaintiff,           No. CIV S-07-2269 WBS DAD P

  vs.

JAMES E. TILTON, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
_____/    **AD TESTIFICANDUM**

        Kevin Rodgers, inmate/patient # P-19071/061666-4, a necessary and material witness in a settlement conference in this case on October 20, 2011, is confined in Atascadero State Hospital, 10333 El Camino Real, Atascadero, California 93422, in the custody of the Director; in order to secure this inmate's/patient's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate/patient before Magistrate Judge Craig M. Kellison at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #2 on October 20, 2011 at 1:00 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the inmate/patient named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate/patient to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2. The custodian is ordered to notify the court of any change in custody of this inmate/patient and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Director, Atascadero State Hospital, P. O. Box 7001, Atascadero, California 93423:**

        **WE COMMAND** you to produce the inmate/patient named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate/patient to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate/patient and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 7, 2011.

                                          _____
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

rodg2269.841