IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN RODGERS,

     Plaintiff,                        No. 2:07-cv-2269 WBS DAD P

     vs.

JAMES E. TILTON, et al.,

     Defendants.                 <u>ORDER</u>

                                /

          Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case was referred to U.S. Magistrate Judge Craig M. Kellison to conduct a settlement conference on October 20, 2011. After that settlement conference, the parties reached an agreement and filed a stipulation for voluntary dismissal of this case with prejudice. Pursuant to the stipulation, the case was dismissed and closed. Pending before the court is plaintiff's motion to withdraw the settlement agreement and re-open proceedings. Plaintiff claims that the defendants have failed to pay him the agreed upon amount under the settlement that was reached between the parties. Defense counsel has not responded to the motion.

/////

/////

1

1 Good cause appearing, IT IS HEREBY ORDERED that defense counsel shall file a response to plaintiff's motion to withdraw the settlement agreement and re-open proceedings within fourteen days of the date of this order.

DATED: August 8, 2012.

*Dale A. Drozd*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rodg2269.sett